# JS-6

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| ANGELO PAPARELLA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>MUNI-PAY HOLDINGS LIMITED, formerly Municard Holdings Limited, a corporate entity established in Ireland; MUNI-PAY TECHNOLOGIES, INC., a corporate entity established in Ireland; MUNICARD TECHNOLOGIES, INC., a Delaware corporation; MUNICARD TECHNOLOGIES, LTD., a Maryland corporation; TRANSNATIONAL CAPITAL CORP., a New York corporation, PETER GILBOURNE, and Does 1-500,<br><br>Defendants. | Case No.: 2:11-cv-02363-SVW-MAN<br><br>**CONSENT JUDGMENT**<br><br>Honorable Stephen V. Wilson<br><br><br>JS-6 |

**WHEREAS** Plaintiff ANGELO PAPARELLA, individually, and Defendants MUNI-PAY HOLDINGS LIMITED, formerly Municard Holdings Limited, a corporate entity established in Ireland; MUNI-PAY TECHNOLOGIES, INC., a corporate entity established in Ireland; MUNICARD TECHNOLOGIES, INC., a Delaware corporation; MUNICARD TECHNOLOGIES, LTD., a Maryland corporation, and PETER GILBOURNE, individually, have agreed to settle this action on January 2, 2013; and

**WHEREAS**, Plaintiff ANGELO PAPARELLA, individually, and Defendants

MUNI-PAY HOLDINGS LIMITED, formerly Municard Holdings Limited, a corporate entity established in Ireland; MUNI-PAY TECHNOLOGIES, INC., a corporate entity established in Ireland; MUNICARD TECHNOLOGIES, INC., a Delaware corporation; MUNICARD TECHNOLOGIES, LTD., a Maryland corporation, and PETER GILBOURNE, individually, have agreed that the Court may enter judgment as provided herein.

**NOW, THEREFORE, IT IS HEREBY ORDERED ADJUDGED, AND DECREED** that:

1.  The Court finds for Plaintiff ANGELO PAPARELLA, individually, and against Defendants MUNI-PAY HOLDINGS LIMITED, formerly Municard Holdings Limited, a corporate entity established in Ireland; MUNI-PAY TECHNOLOGIES, INC., a corporate entity established in Ireland; MUNICARD TECHNOLOGIES, INC., a Delaware corporation; MUNICARD TECHNOLOGIES, LTD., a Maryland corporation, and PETER GILBOURNE, individually, and each of them, jointly and severally;

2.  Plaintiff ANGELO PAPARELLA shall have of and recover from Defendants MUNI-PAY HOLDINGS LIMITED, formerly Municard Holdings Limited, a corporate entity established in Ireland; MUNI-PAY TECHNOLOGIES, INC., a corporate entity established in Ireland; MUNICARD TECHNOLOGIES, INC., a Delaware corporation; MUNICARD TECHNOLOGIES, LTD., a Maryland corporation, and PETER GILBOURNE, individually, and each of them, jointly and severally, a money judgment, in the aggregate sum of TWO HUNDRED THIRTY-FIVE THOUSAND AND NO/100 DOLLARS ($235,000.00,) each party to bear its own costs and attorneys' fees, on the complaint filed on March 21, 2011 in the above-captioned action (hereinafter referred to as the "Complaint");

3.  The amount provided for in this Consent Judgment shall be in full settlement of all claims against Defendants MUNI-PAY HOLDINGS LIMITED, formerly Municard Holdings Limited, a corporate entity established in Ireland; MUNI-

PAY TECHNOLOGIES, INC., a corporate entity established in Ireland; MUNICARD TECHNOLOGIES, INC., a Delaware corporation; MUNICARD TECHNOLOGIES, LTD., a Maryland corporation, and PETER GILBOURNE, individually, and each of them, jointly and severally, arising out of the Complaint;

    4.    Pursuant to the Stipulated Request for Entry of Consent Judgment, the above-entitled Court has jurisdiction over Defendants MUNI-PAY HOLDINGS LIMITED, formerly Municard Holdings Limited, a corporate entity established in Ireland; MUNI-PAY TECHNOLOGIES, INC., a corporate entity established in Ireland; MUNICARD TECHNOLOGIES, INC., a Delaware corporation; MUNICARD TECHNOLOGIES, LTD., a Maryland corporation, and PETER GILBOURNE, individually, and each of them, for all purposes related to the Complaint and the Consent Judgment; and,

    5.    Plaintiff ANGELO PAPARELLA, individually, shall be granted all such writs and process as is necessary or proper for the enforcement of this Consent Judgment.

**IT IS SO ORDERED.**

DATED: <u>January 2, 2013</u>    _____
    The Hon. Stephen V. Wilson
    United States District Judge